UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELVIN A. CORDOVA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD BORLA, et al.,<br><br>　　　　　Defendants. | Case No. 26-cv-04001-RFL (PR)<br><br>**ORDER OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled related case is hereby referred to the Honorable Trina L. Thompson for consideration of whether the case is related to *McKenzie v. Borla*, Case No. 25-cv-02820-TLT.

**IT IS SO ORDERED.**

**Dated:** June  25 , 2026

_____
RITA F. LIN
United States District Judge